IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| WILLIAM BROWNLEE, SR. | : | Bankruptcy No. 24-10598 PMM |
| | : | |
| Debtor | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth by serving the undersigned counsel.

        MICHELLE A. HENRY
        ATTORNEY GENERAL

DATED: March 4, 2024    BY:  */s/ Christopher R. Momjian*
        Christopher R. Momjian
        Senior Deputy Attorney General
        PA I.D. No. 57482
        Office of Attorney General
        The Phoenix Building
        1600 Arch Street, Suite 300
        Philadelphia, PA 19103
        Tel: (215) 560-2424
        Fax: (717) 772-4526
        E-mail: crmomjian@attorneygeneral.gov