IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| WILLIAM BROWNLEE, SR. | : | Bankruptcy No. 24-10598 PMM |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Christopher R. Momjian, hereby certify that Notice of Appearance has been filed electronically on March 4, 2024, and is available for viewing and downloading from the Court's Electronic Case Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following: Not Applicable.

                                                MICHELLE A. HENRY
                                                ATTORNEY GENERAL

DATED: March 4, 2024        BY:   */s/ Christopher R. Momjian*
                                                          Christopher R. Momjian
                                                          Senior Deputy Attorney General
                                                          PA I.D. No. 57482
                                                          Office of Attorney General
                                                          The Phoenix Building
                                                          1600 Arch Street, Suite 300
                                                          Philadelphia, PA 19103
                                                          Tel: (215) 560-2424
                                                          Fax: (717) 772-4526
                                                          E-mail: crmomjian@attorneygeneral.gov