IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **William A. Brownlee, Sr,** | : | |
| Debtor. | : | Case No. 24-10598 (PMM) |

## ORDER DENYING MOTION

**AND NOW**, upon consideration of the Motion to Extend Time to File Creditor Matrix (doc. #6, the "Motion");

AND the Motion seeking an extension of time to file the creditor matrix;

BUT Local Rule 1007-2(d) calls for the Matrix to be filed with the petition;

AND, therefore, the Motion is **denied**.

Dated: 3/6/24

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge