AAFES
Attn: Bankruptcy
PO Box 650060
Dallas, TX 75265


Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212


American Airlines FCU
Attn: Bankruptcy
P.O. Box 619001 MD 2100
DEW Airport, TX 75261-9001


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540


Andrew L. Unterlack
1040 Kings Hwy N Ste 200
Cherry Hill, NJ 08034-1925


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Auto Finance
Attn: Bankruptcy 7933 Preston Rd
Plano, TX 75024-2302


Centura Condominium Association, Inc.
301 Browning Ln
Cherry Hill, NJ 08003-3182

Chase Auto Finance
Attn: Bankruptcy
PO Box 901076
Fort Worth, TX 76101-2076

Chase Card Services
Attn: Bankruptcy P.O. 15298
Wilmington, DE 19850

Citadel FCU
Attn: Bankruptcy 520 Eagleview Blvd
Exton, PA 19341

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Consumer Portfolio Services, Inc.
Attn: Bankruptcy
PO Box 57071
Irvine, CA 92619

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Divine Beauty Supply Store, LLC
5603 Walnut St
Philadelphia, PA 19139-3918

Divine Childcare Center, LLC
5926 Springfield Ave
Philadelphia, PA 19143-5235

Divine Chosen Realty, LLC
3924 Wallace St
Philadelphia, PA 19104-1814

Emmanuel Christian Center Community Development, Corp.
5913 Chestnut St # 17
Philadelphia, PA 19139-3136

Eric B. Freedman
900 E 8th Ave Ste 300
Kng of Prussa, PA 19406-1347

Jamil Farrar

FreedomPlus
Attn: Bankruptcy Attn: Bankruptcy
1875 South Grant St , Ste 400
San Mateo, CA 94402

Fulton Bank, N.A.
c/o CT Corporation System
600 N 2ND ST Suite 401

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

Hampton Ridge Financial
1650 W College Dr #104
Marshall, MN 56258-1689

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

J & W Investment, LLC
640 N 39th St
Philadelphia, PA 19104-1853

Joshua B. Ladov
1101 Market St Ste 2820
Philadelphia, PA 19107-2936

McElroy Deutsch Mulvaney &
Carpenter, LLP
1617 John F Kennedy Blvd Ste 1500
Philadelphia, PA 19103-1815

Monterey Financial Service
Attn: Bankruptcy 4095 Avenida De La
Plata
Oceanside, CA 92056

Nathaniel Jackson

New Jersey Turnpike
Authority
P.O. Box 5042
Woodbridge, NJ 07095


Pennsylvania Attorney
General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001


Pennsylvania Department of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001


Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210


PHH Mortgage
1 Mortgage Way
Mount Laurel, NJ 08054-4637


Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616


Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538


Primeway Fcu
Attn: Bankruptcy
PO Box 53088
Houston, TX 77052-3088

Select Portfolio Servicing
3217 S Decker Lake Dr
W Valley City, UT 84119-3284

Snap Debt Recovery
6000 S Rio Grande Ave Ste 103
Orlando, FL 32809-4650

Steptoe & Johnson, PLLC
One PPG Place Suite 3300
Pittsburgh, PA 15219

TD Bank, N.A.
Attn: Bankruptcy
32 Chestnut Street PO Box 1377
Lewiston, ME 04243

The New Emmanuel Christian Center, Inc.
5001 Baltimore Ave
Philadelphia, PA 19143-1626

Timepayment Corp, LLC.
Attn: Bankruptcy Dept 200 Summit Drive Suite 100
Burlington, MA 01803

Jameal Tucker

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

UNIFY Financial Credit Union
Attn: Bankruptcy POB 10018
Manhattan Beach, CA 90267-7518

United Bank of Philadelphia
300 N 3rd St
Philadelphia, PA 19106

USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredericksburg Rd
San Antonio, TX 78288-0001

Westlake Portfolio
Management, LLC
Attn: Bankruptcy
PO Box 76809
Los Angeles, CA 90054-0809

Wisconsin Trust
c/o HTLF Bank
1800 Larimer St #1800
Denver, CO 80202-1411