Esequiel Valerio
7935 W. Sahara Avenue, Suite 201
Las Vegas, NV 89117
Phone: 877-254-9328
UNIFY Financial Federal Credit Union

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>William A. Brownlee, Sr,<br><br>Debtor. | Court Case No. 24-10598-pmm<br><br>Chapter 13<br><br>REQUEST FOR NOTICES |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, UNIFY Financial Federal Credit Union requests that all notice given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address, email address and telephone number.

UNIFY Financial Federal Credit Union
7935 W. Sahara Avenue, Suite 201
Las Vegas, NV 89117
PH: 877-254-9328
Email: bankruptcydepartment@unifyfcu.com

Dated: April 15, 2024

By:  /s/ Esequiel Valerio
Esequiel Valerio

1