IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| WILLIAM A. BROWNLEE, SR., ) | CASE NO.: 24-10598-PMM |
| ) | CHAPTER 13 |
| DEBTOR, ) | |

**<u>OBJECTION TO CONFIRMATION OF PLAN</u>**

COMES NOW, Eray Guven, ("Creditor") by and through his undersigned attorneys, and for his Objection to Confirmation of Debtors Chapter 13 Plan, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. Debtor filed this Petition under Chapter 13 of the United States Bankruptcy Code on or about February 23,2024.

2. Creditor is Debtor's Landlord. The Parties have a lease for the property located at 34 Centura, Cherry Hill, NJ 08003.

3. As of the petition date, Creditor's claim is $6,400.00 with $3,025.00 as a priority claim. A Proof of Claim was filed on April 22, 2024.

4. Debtor's Plan fails to indicate whether the residential lease will be assumed or rejected. Additionally, the Plan fails to address any type of payment, priority or not, to Creditor.

5. Therefore, the Plan fails 11 U.S.C. §1322 (a)(2) & (4), and pursuant to 11 U.S.C. §1325 the Plan cannot be confirmed.

WHEREFORE, Eray Guven, prays that its Objection to Confirmation of Plan be sustained, and for all further relief as is just and proper.

Respectfully submitted,

/s/ Jillian M. Pratt
Jillian M. Pratt, Esquire
PA Bar ID 310512
3704 Kennett Pike, Suite 200
Greenville, DE 19807
(302) 426-1313
jpratt@mvzllc.com
*Attorney for Eray Guven*

## CERTIFICATE OF SERVICE

I hereby certify that on or before May 9, 2024, I caused a true and correct copy of the foregoing to be served either by CM/ECF notice to those so authorized, and first-class mail as indicated to the parties reflected on the attached.

*DEBTOR*
WILLIAM A. BROWNLEE, SR
640 N 39TH ST
PHILADELPHIA, PA 19104-1853

*DEBTORS COUNSEL*
 MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

    Respectfully submitted,

    /s/ Jillian M. Pratt
    Jillian M. Pratt, Esquire
    PA Bar ID 310512
    3704 Kennett Pike, Suite 200
    Greenville, DE 19807
    (302) 426-1313
    jpratt@mvzllc.com
    *Attorney for Eray Guven*