IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| WILLIAM A. BROWNLEE, SR., | ) | CASE NO.: 24-10598-PMM |
| | ) | CHAPTER 13 |
| DEBTOR, | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

Eray Guven has filed with the Court for Relief From the Automatic Stay.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before July 1, 2024 **you or your attorney must file a response to the Motion**.  (*see instructions on the next pages).*

3. **A hearing on the Motion** is scheduled to be held on July 10, 2024 at 9:30 a.m., in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. **If you do not file a response to the Motion**, the Court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

7. **If you are requested to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

United States Bankruptcy Court

900 Market Street, Suite 400

Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

> Jillian M. Pratt, Esquire
> Morton, Valihura & Zerbato, LLC
> 3704 Kennett Pike, Suite 200
> Greenville, DE 19807
> Telephone: (302) 426-1313
> Fax: (302) 426-1300
> Email: jpratt@mvzllc.com

Date: May 23, 2024