IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| WILLIAM A. BROWNLEE, SR., ) | CASE NO.: 24-10598-PMM |
| ) | CHAPTER 13 |
| DEBTOR, ) | |

### WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC

Eray Guven by his undersigned counsel, hereby gives notice that he is withdrawing his Motion for Relief from the Automatic Stay (D.I. 34) filed on or about May 23, 2024, without prejudice.

Respectfully submitted,

/s/ Jillian M. Pratt
Jillian M. Pratt, Esquire
PA Bar ID 310512
3704 Kennett Pike, Suite 200
Greenville, DE 19807
(302) 426-1313
jpratt@mvzllc.com
*Attorney for Eray Guven*

Dated: July 30, 2024