| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| F8F | 638473 | 007394 | 02165 | 0000348236 | 1 |

EMMANUEL CHRISTIAN CENTER INC
5913 CHESTNUT STREET
PHILADELPHIA, PA 19139

# Earnings Statement

Period Beginning:   12/24/2023
Period Ending:      01/06/2024
Pay Date:           01/12/2024

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:   7
   PA:        7

WILLIAM BROWNLEE
640 N 39 ST
PHILADELPHIA, PA 19104

| Earnings | rate | this period | year to date |
|---|---|---|---|
| Salary | 2,250.00 | 2,250.00 | 2,250.00 |
| **Gross Pay** | | **$2,250.00** | 2,250.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -36.54 | 36.54 |
| | Social Security Tax | -139.50 | 139.50 |
| | Medicare Tax | -32.63 | 32.63 |
| | State Income Tax | -69.08 | 69.08 |
| | SUI | -1.58 | 1.58 |

| Other Benefits and Information | total to date |
|---|---|
| PTO | 8.60 |

**Important Notes**

| | |
|---|---|
| **Net Pay** | **$1,970.67** |
| Checking1 Net | 1,970.67 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

© 2014 ADP, LLC

EMMANUEL CHRISTIAN CENTER INC
5913 CHESTNUT STREET
PHILADELPHIA, PA 19139

Advice number:   00000348236
Pay date:        01/12/2024

Deposited to the account of
WILLIAM BROWNLEE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx | xxxx  xxxx | $1,970.67 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR.NO. |  |
|---|---|---|---|---|---|
| F8F | 638473 | 007394 | 02165 | 0000348298 | 1 |

# Earnings Statement

**ADP**

EMMANUEL CHRISTIAN CENTER INC
5913 CHESTNUT STREET
PHILADELPHIA, PA 19139

Period Beginning: 01/07/2024
Period Ending: 01/20/2024
Pay Date: 01/26/2024

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:    9
    PA:         9

WILLIAM BROWNLEE
640 N 39 ST
PHILADELPHIA, PA 19104

| Earnings | rate | this period | year to date |
|---|---|---|---|
| Salary | 2,250.00 | 2,250.00 | 4,500.00 |
| **Gross Pay** | | **$2,250.00** | 4,500.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -36.54 | 73.08 |
| | Social Security Tax | -139.50 | 279.00 |
| | Medicare Tax | -32.63 | 65.26 |
| | State Income Tax | -69.08 | 138.16 |
| | SUI | -1.58 | 3.16 |

| Other Benefits and Information | total to date |
|---|---|
| PTO | 8.60 |

**Important Notes**

| | |
|---|---|
| **Net Pay** | **$1,970.67** |
| Checking1 Net | 1,970.67 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

© 2014 ADP, LLC

---

EMMANUEL CHRISTIAN CENTER INC
5913 CHESTNUT STREET
PHILADELPHIA, PA 19139

Advice number: 00000348298
Pay date: 01/26/2024

Deposited to the account of
WILLIAM BROWNLEE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx | xxxx xxxx | $1,970.67 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**