# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>William A. Brownlee, Sr.,<br><br>Debtor. | Case No. 24-10598-PMM<br><br>Chapter 13<br><br>Related to ECF No. 51 |

### Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Debtor's Objection to Motion for Relief From Stay, which was filed with the Court as ECF No. 51. Thank you.

Date: September 5, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com