**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>William A. Brownlee, Sr<br>　　Debtor<br><br>Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust<br>　　Movant<br>v.<br>William A. Brownlee, Sr<br>　　Debtor/Respondent<br>Kenneth E. West, Esquire<br>　　Trustee/Respondent | Bankruptcy No. 24-10598-pmm<br><br>Chapter 13<br><br>Hearing Date: September 11, 2024<br>Hearing Time: 1:00 p.m.<br>Location:900 Market Street, Suite 400 Philadelphia, PA 19107 |

## CERTIFICATE OF NO OBJECTION

　　The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 42 appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: 9/5/2024

　　　　　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane
　　　　　　　　　　　　　　　　　　　　　　& Partners, PLLC
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　13010 Morris Rd., Suite 450
　　　　　　　　　　　　　　　　　　　　　　Alpharetta, GA 30004
　　　　　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112
　　　　　　　　　　　　　　　　　　　　　　By: /s/ Michelle L. McGowan
　　　　　　　　　　　　　　　　　　　　　　Michelle L. McGowan
　　　　　　　　　　　　　　　　　　　　　　PA Bar Number 62414
　　　　　　　　　　　　　　　　　　　　　　Email: mimcgowan@raslg.com

24-10598
24-206500

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>William A. Brownlee, Sr<br>　　Debtor<br><br>Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust<br><br>　　Movant<br><br>v.<br><br>William A. Brownlee, Sr<br>　　Debtor/Respondent<br><br>Kenneth E. West, Esquire<br>　　Trustee/Respondent | Bankruptcy No. 24-10598-pmm<br><br>Chapter 13<br><br>Hearing Date: September 11, 2024<br>Hearing Time: 1:00 p.m.<br>Location:900 Market Street, Suite 400 Philadelphia, PA 19107 |

## CERTIFICATE OF SERVICE OF MOTION OF CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF COLT 2022-5 TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 5, 2024, I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| William A. Brownlee, Sr<br>640 N 39th St<br>Philadelphia, PA 19104-1853 | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |

24-10598
24-206500

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Dated: 9/5/2024

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
PA Bar Number 62414
Email: mimcgowan@raslg.com

24-10598
24-206500

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re:<br><br>William A. Brownlee, Sr<br>      Debtor<br><br>Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust<br><br>      Movant<br><br>v.<br><br>William A. Brownlee, Sr<br>      Debtor/Respondent<br><br>Kenneth E. West, Esquire<br>      Trustee/Respondent | Bankruptcy No. 24-10598-pmm<br><br>Chapter 13<br><br>Hearing Date: September 11, 2024<br>Hearing Time: 1:00 p.m.<br>Location: 900 Market Street, Suite 400 Philadelphia, PA 19107 |
|---|---|

## ORDER OF COURT

AND NOW, this     day of     , 2024, upon consideration of Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust; and it is further

ORDERED, that Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust, its successors and/or assignees be entitled to proceed with appropriate state court

24-10598
24-206500

remedies against the property located at 68 E Slocum St, Philadelphia, PA 19119 including without limitation a sheriff's sale of the property, and it is further

ORDERED that Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Judge Patricia M. Mayer
U.S. Bankruptcy Court Judge