**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>William A. Brownlee, Sr<br>  Debtor<br><br>Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust<br><br>  Movant<br>v.<br><br>William A. Brownlee, Sr<br>  Debtor/Respondent<br>Kenneth E. West, Esquire<br>  Trustee/Respondent | **Bankruptcy No. 24-10598-pmm**<br><br>**Chapter 13** |

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 10th day of Sept., 2024, upon consideration of Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust; and it is further

ORDERED, that Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 68 E Slocum St, Philadelphia, PA 19119, including without limitation a sheriff's sale of the property, and it is further

24-10598
24-206500

ORDERED that Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

**Date: September 10, 2024**

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge