United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William A. Brownlee, Sr  
    Debtor

Case No. 24-10598-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Sep 10, 2024     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | William A. Brownlee, Sr, 640 N 39th St, Philadelphia, PA 19104-1853 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor Fulton Bank N.A. aunterlack@egclawfirm.com, ebecker@egalawfirm.com;alapinski@egalawfirm.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| GASTON P LOOMIS, II | on behalf of Creditor United Bank of Philadelphia gloomis@mdmc-law.com scarney@mdmc-law.com |
| JILLIAN MARIE PRATT | on behalf of Creditor Guven Eray jpratt@mvzllc.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor American Airlines Federal Credit Union Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW A. LIPMAN | on behalf of Creditor United Bank of Philadelphia mlipman@mdmc-law.com vpickel@mdmc-law.com;kpatterson@mdmc-law.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Sep 10, 2024 Form ID: pdf900 Total Noticed: 1

MICHAEL A. CIBIK
on behalf of Debtor William A. Brownlee Sr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
on behalf of Creditor Citibank N.A. mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor Citibank N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trus mimcgowan@raslg.com

ROBERT BRIAN SHEARER
on behalf of Creditor Citibank N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trus rshearer@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **William A. Brownlee, Sr** <br>      **Debtor** <br><br> **Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust** <br><br>      **Movant** <br> **v.** <br> **William A. Brownlee, Sr** <br>      **Debtor/Respondent** <br> **Kenneth E. West, Esquire** <br>      **Trustee/Respondent** | **Bankruptcy No. 24-10598-pmm** <br><br> **Chapter 13** |

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 10th day of Sept., 2024, upon consideration of Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust; and it is further

ORDERED, that Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 68 E Slocum St, Philadelphia, PA 19119, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Citibank, N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

**Date: September 10, 2024**

*Patricia M. Mayer*

_____

Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge

24-10598
24-206500