**Fill in this information to identify the case:**

Debtor 1: William A. Brownlee, Sr

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Claim No: 20
Original Filed Date: 08/19/2024
Original Entered Date: 08/19/2024
History: Details 20-1    08/19/2024
Claim #20 filed by City of Philadelphia Law Department, Amount claimed: (HARPER, MEGAN)
Description: (20-1) Unliquidated Claims for Wage Taxes

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   City of Philadelphia/School District of Philadelphia
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   City of Philadelphia Law-Tax & Revenue Unit
   Name
   1401 JFK Blvd, 5th Floor
   Number     Street
   Philadelphia       PA     19102
   City       State    ZIP Code
   Contact phone  215-686-0503
   Contact email  Megan.Harper@phila.gov

   Where should payments to the creditor be sent? (if different)
   _____ Name
   _____ Number Street
   _____ City State ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/___
   MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                       Proof of Claim                          page 1

Case 24-10598-amc    Doc 58-1    Filed 18/09/24    Entered 10/01/24 12:45:53    Page 2 of 4
Case 24-10598-amc    Claim 58-1    Filed 10/01/24    Desc Main Document    Page 2 of 4
Exhibit A    Page 2 of 4

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __0__ __1__ __6__

7. **How much is the claim?** $_____ Does this amount include interest or other charges? Plus Unliquidtaed Claims.
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Municipal Claim

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes.   The claim is secured by a lien on property.
   
   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____
   
   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   **Value of property**:    $_____
   **Amount of the claim that is secured:**    $_____
   **Amount of the claim that is unsecured:** $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   **Amount necessary to cure any default as of the date of the petition:**    $_____
   
   **Annual Interest Rate [Real Estate]** (when case was filed) _____%
   **Annual Interest Rate [Judgments]** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410                                   **Proof of Claim**                                   page 2

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    ☐ No
    ☑ Yes. Check one:

    **Amount entitled to priority**

    ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $_____

    ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $_____

    ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $_____

    ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $ Unliquidated

    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $_____

    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.     $_____

    * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/12/2024
                  MM / DD / YYYY

/s/ Megan N. Harper
Signature

**Print the name of the person who is completing and signing this claim:**

Name       Megan N. Harper
           First name     Middle name     Last name

Title      Divisional Deputy City Solicitor

Company    City of Philadelphia Law-Tax & Revenue Unit
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    1401 JFK Blvd, 5th Floor
           Number     Street
           Philadelphia                         PA          19102
           City                                 State       ZIP Code

Contact phone  215-686-0503          Email  Megan.Harper@Phila.gov

Official Form 410                    **Proof of Claim**                    page 3

| Debtor: Brownlee, Sr William A. | | | | City of Philadelphia | | | | | | Bankruptcy # : 24-10598 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Joint Debtor: | | | | *Pre-Petition Itemized Statement* | | | | | | File Date :02/23/2024 |
| Interest and Penalties as of 02/23/2024 | | | | | | | | | | |

| ACCOUNT NUMBER | PERIOD / YEAR | TAX TYPE | TAX PRINCIPAL | INTEREST | PENALTY | OTHER | JUDGMENT AMOUNT | TOTALS | COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **Unliquidtaed Claims** | | | | | | | | |
| **Ending in 2983** | **12312022Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 2983** | **03312023Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 2983** | **06302023Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 2983** | **09302023Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 2983** | **12312023Y** | **WAG** | **NON-FILER** | | | | | | |
| | Total | | | | | | | | |
| | | | | | | | | | |
| **Ending in 7930** | **12312022Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 7930** | **03312023Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 7930** | **06302023Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 7930** | **09302023Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 7930** | **12312023Y** | **WAG** | **NON-FILER** | | | | | | |
| | Total | | | | | | | | |
| | | | | | | | | | |
| **Ending in 1634** | **12312022Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 1634** | **03312023Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 1634** | **06302023Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 1634** | **09302023Y** | **WAG** | **NON-FILER** | | | | | | |
| **Ending in 1634** | **12312023Y** | **WAG** | **NON-FILER** | | | | | | |
| | Total | | | | | | | | |
| | | | | | | | | | |
| **Total Unliquidated Claims** | | | | | | | | | |
| | | | | | | | | | |
| **Total Claims** | | | | | | | | | |