United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                             Case No. 24-10598-pmm
William A. Brownlee, Sr                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                 User: admin                                                 Page 1 of 5
Date Rcvd: Jan 08, 2025                                         Form ID: pdf900                                      Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William A. Brownlee, Sr, 640 N 39th St, Philadelphia, PA 19104-1853 |
| cr | + | Guven Eray, Morton, Valihura & Zerbato, LLC, 3704 Kennett Pike, Suite 200, Greenville, DE 19807-2173 |
| 14879545 | + | American Airlines Federal Credit Union, c/o JOSHUA I. GOLDMAN, Padgett Law Group, 6267 Old Water Oak Rd., Ste. 203 Tallahassee, FL 32312-3858 |
| 14874863 | + | Andrew B. Glaab, Cohn & Dussi, LLC, 255 State Street, Suite 7B, Boston, MA 02109-2613 |
| 14906220 | + | Camoli Investments, LLC, Keifer Law Firm, LLC, 311 Market Street, Kingston, PA 18704-5428 |
| 14861550 | + | Commonwealth of Pennsylvania Department of Revenue, c/o Christopher R. Momjian, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14876597 | + | Eray Guven, 3704 Kennett Pike, Suite 200, Greenville 19807-2173 |
| 14882323 | + | Eray Guven, C/O Jillian M. Pratt, Esquire, 3704 Kennett Pike, Suite 200, Greenville, DE 19807-2173 |
| 14876342 | + | Fulton Bank, N.A., c/o ANDREW L. UNTERLACK, Eisenberg, Gold & Agrawal, P.C., 1040 Kings Highway North, Ste 200 Cherry Hill, NJ 08034-1925 |
| 14876596 | + | Jillian M. Pratt, 3704 Kennett Pike, Suite 200, Greenville, DE 19807-2173 |
| 14879535 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14862493 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14862497 | | Snap Debt Recovery, 6000 S Rio Grande Ave Ste 103, Orlando, FL 32809-4650 |
| 14874864 | + | Torpago, Inc., Cohn & Dussi, LLC, 255 State Street, Suite 7B, Boston, MA 02109-2613 |
| 14876639 | + | United Bank of Philadelphia, c/o McElroy, Deutsch, Mulvaney & Carpent, Attn: Matthew Lipman, 1617 JFK Blvd., Suite 1500, Philadelphia, PA 19103-1815 |
| 14873691 | + | United Bank of Philadelphia, c/o Gaston P. Loomis, Esquire, McElroy, Deutsch, Mulvaney & Carpenter,, 300 Delaware Ave. Suite 1014, Wilmington, DE 19801-1671 |
| 14873688 | + | United Bank of Philadelphia, c/o Matthew A. Lipman, Esquire, McElroy, Deutsch, Mulvaney & Carpenter,, 1617 John F. Kennedy Blvd. Suite 1500, Phiadelphia, Pa 19103-1815 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 09 2025 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | Email/Text: megan.harper@phila.gov | Jan 09 2025 00:16:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation and Collections Unit, Philadelphia, PA 19102-1595 |
| cr | + Email/Text: RASEBN@raslg.com | Jan 09 2025 00:15:00 | Citibank, N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2025 00:16:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | Jan 09 2025 00:11:04 | UNIFY Financial Federal Credit Union, 7935 W. Sahara Avenue, Suite 201, Suite 201, Las Vegas, NV 89117, UNITED STATES 89117-7909 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14862472 | + | Email/Text: BankruptcyNotices@aafes.com | Jan 09 2025 00:16:00 | AAFES, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 14862474 | | Email/Text: bankruptcy@aacreditunion.org | Jan 09 2025 00:15:00 | American Airlines FCU, Attn: Bankruptcy, P.O. Box 619001 MD 2100, DEW Airport, TX 75261-9001 |
| 14870237 | | Email/Text: bnc@atlasacq.com | Jan 09 2025 00:15:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14862473 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 09 2025 00:32:33 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14880653 | | Email/Text: bankruptcy@aacreditunion.org | Jan 09 2025 00:15:00 | American Airlines Federal Credit Union, MD 2100, PO BOX 619001, DFW Airport, TX 75261-9001 |
| 14862475 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2025 00:21:54 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14862482 | | Email/Text: megan.harper@phila.gov | Jan 09 2025 00:16:00 | City of Philadelphia, c/o Megan N. Harper, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14917490 | | Email/Text: megan.harper@phila.gov | Jan 09 2025 00:16:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd, Room 580, Philadelphia, PA 19102 |
| 14862476 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2025 01:19:06 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14862477 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 09 2025 00:21:53 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 14861835 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 09 2025 00:32:20 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14862480 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 09 2025 00:16:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14880658 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 09 2025 00:16:00 | CitiBank, N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14880824 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 09 2025 00:16:00 | CitiBank, N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14880963 | + | Email/Text: RASEBN@raslg.com | Jan 09 2025 00:15:00 | Citibank, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14862481 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2025 00:21:33 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14881366 | + | Email/Text: RASEBN@raslg.com | Jan 09 2025 00:15:00 | Citibank, N.A.., Robertson, Anschutz,Schneid,Crane & Part, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14862483 | | Email/Text: bankruptcy@philapark.org | Jan 09 2025 00:16:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14862484 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 09 2025 00:16:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 14862485 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 09 2025 00:16:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14862486 | + | Email/Text: bk@freedomfinancialnetwork.com | Jan 09 2025 00:15:00 | FreedomPlus, Attn: Bankruptcy Attn: Bankruptcy, 1875 South Grant St , Ste 400, San Mateo, CA 94402-2676 |
| 14876662 | + | Email/Text: bankruptcy@fultonbank.com | | |

Case 24-10598-pmm    Doc 66    Filed 01/10/25    Entered 01/11/25 01:08:35    Desc Imaged
                              Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 09 2025 00:16:00 | Fulton Bank, N.A., 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 14862487 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 09 2025 00:15:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14862488 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 09 2025 00:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14862478 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2025 00:21:41 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14862479 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2025 01:19:06 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14864437 | + | Email/Text: RASEBN@raslg.com | Jan 09 2025 00:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14862489 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jan 09 2025 00:15:00 | Monterey Financial Service, Attn: Bankruptcy 4095 Avenida De La Plat, Oceanside, CA 92056-5802 |
| 14862490 | | Email/Text: fesbank@attorneygeneral.gov | Jan 09 2025 00:16:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14862491 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14859449 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14862492 | ^ | MEBN | Jan 09 2025 00:11:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14862494 | + | Email/Text: bankruptcy@philapark.org | Jan 09 2025 00:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, PA 19106-1558 |
| 14862495 | | Email/Text: collections1@primewayfcu.com | Jan 09 2025 00:16:00 | Primeway Fcu, Attn: Bankruptcy, PO Box 53088, Houston, TX 77052-3088 |
| 14862496 | | Email/Text: mtgbk@shellpointmtg.com | Jan 09 2025 00:15:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14862498 | | Email/Text: bankruptcy@td.com | Jan 09 2025 00:16:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 14863320 | ^ | MEBN | Jan 09 2025 00:11:22 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14862499 | + | Email/Text: BCN@timepayment.com | Jan 09 2025 00:16:00 | Timepayment Corp, LLC., Attn: Bankruptcy Dept 200 Summit Drive, Burlington, MA 01803-5274 |
| 14877041 | + | Email/Text: bankruptcy@bbandt.com | Jan 09 2025 00:16:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14862500 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 09 2025 00:16:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14862501 | ^ | MEBN | Jan 09 2025 00:11:07 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14862502 | | Email/Text: bankruptcydepartment@unifyfcu.com | Jan 09 2025 00:15:00 | UNIFY Financial Credit Union, Attn: Bankruptcy POB 10018, Manhattan Beach, CA 90267-7518 |
| 14862503 | | Email/Text: bkelectronicnotices@usaa.com | Jan 09 2025 00:15:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 14874878 | ^ | MEBN | Jan 09 2025 00:11:05 | Unify Financial Federal Credit Union, 7935 W. |

| 14862504 | ^ MEBN | Jan 09 2025 00:10:59 | Sahara Avenue, Ste. 201, Las Vegas, NV 89117-7909 |
| | | | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P O BOX 619001, MD 2100, DFW AIRPORT TX 75261-9001, address filed with court:, American Airlines Federal Credit Union, MD 2100, PO Box 619001, DFW Airport, TX 75261-9001 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Fulton Bank, N.A., 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 14876075 | * | Internal Revenue Service, PO BOX 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2025         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. UNTERLACK
on behalf of Creditor Fulton Bank  N.A. aunterlack@egalawfirm.com, ebecker@egalawfirm.com;alapinski@egalawfirm.com

CHRISTOPHER R. MOMJIAN
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

GASTON P LOOMIS, II
on behalf of Creditor United Bank of Philadelphia gloomis@mdmc-law.com   csentman@mdmc-law.com

JILLIAN MARIE PRATT
on behalf of Creditor Guven Eray jpratt@mvzllc.com

JOSHUA I. GOLDMAN
on behalf of Creditor American Airlines Federal Credit Union Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
ecfemails@ph13trustee.com   philaecf@gmail.com

MATTHEW A. LIPMAN
on behalf of Creditor United Bank of Philadelphia mlipman@mdmc-law.com vpickel@mdmc-law.com;kpatterson@mdmc-law.com

MEGAN N. HARPER
on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov   Edelyne.Jean-Baptiste@Phila.gov

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: pdf900 | Total Noticed: 67 |

MICHAEL A. CIBIK
    on behalf of Debtor William A. Brownlee  Sr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Citibank  N.A. mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trus mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as trustee of COLT 2022-5 Trus rshearer@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        Chapter 13

William A. Brownlee,

Debtor(s)                                           :        Bky. No.  24-10598-PMM

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **fourteen (14) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:
**January 7, 2025**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**