## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            )      Chapter 13
                                                  )
William A. Brownlee, Sr.                          )      Case No. 24-10598

### SUBSTITUTION OF ATTORNEY

Notice is hereby given that Amar A. Agrawal, Esquire is substituted as counsel of record

for creditor Fulton Bank, N.A. in place of Andrew L. Unterlack, Esquire.

The contact information for new counsel is as follows:

      Amar A. Agrawal, Esquire
      Eisenberg, Gold & Agrawal, P.C.
      1040 N. Kings Highway, Suite 200
      Cherry Hill, NJ 08034
      Telephone: 856-330-6200
      Facsimile: 856-330-6207
      aagrawal@egalawfirm.com

I consent to being substituted.

Dated: 3/17/2025

_____
Amar A. Agrawal, Esquire

I consent to the above substitution.

Dated: 03 / 13 / 2025

_____
Andrew L. Unterlack, Esquire